FILED
mj
2015 SEP 30 PM 12: 57

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA
*ex rel.* Willie and Michelle Arnold,

Plaintiff,

Case No. 6:14-cv-1064-Orl-31GJK

v.

**FILED UNDER SEAL**

HEALOGICS, INC.,

Defendant.
_________________________________/

**NOTICE OF THE UNITED STATES THAT**
**IT IS NOT INTERVENING AT THIS TIME**

In its last Order, dated March 26, 2015, the Court indicated that the Government must make its intervention decision on or before September 30, 2015, and that no further extensions of time would be granted. The Government's investigation has not been completed and, as such, the United States is not able to decide, as of the Court's deadline, whether to proceed with the action. Accordingly, the United States hereby notifies the Court that it is not intervening at this time. However, the Government's investigation will continue.

Although the United States is not intervening at this time, it respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows the relators to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Id. Therefore, the United States requests that, should either the relators or the defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon it; the United States also requests that orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relators' action or claim. The United States also requests that it be served with all notices of appeal.

Finally, the Government requests that the relators' complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Date: September 30, 2015

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney

A. LEE BENTLEY, III
United States Attorney

By: ______________________

Lacy R. Harwell, Jr.
Assistant United States Attorney
Florida Bar No. 714623
400 North Tampa Street, Suite 3200
Tampa, FL 33602
Tel: (813) 274-6000
Fax: (813) 274-6358
Randy.Harwell@usdoj.gov

Michael D. Granston
Andy Mao
S. Chartey Quarcoo

Attorneys, Civil Division
U.S. Department of Justice
601 D Street, N.W.
Washington, D.C. 20004
Tel: (202) 305-4589
Fax: (202) 514-0280
Stephen.C.Quarcoo@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of September, 2015, a true and correct copy of the foregoing was served by first-class mail, postage pre-paid, on the following counsel of record:

Roland R. Riggs
Milberg LLP
One Pennsylvania Plaza
New York, NY 10119-0165

Kevin J. Darken
The Cohen Law Group
201 East Kennedy Blvd., Suite 1000
Tampa, FL 33602

Lacy R. Harwell, Jr.
Assistant United States Attorney