# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA *ex rel.* Willie and Michelle Arnold,<br><br>    Plaintiff,<br><br>v.<br><br>HEALOGICS, INC.,<br><br>    Defendant. | Civil Action No. 6:14-cv-1064-Orl-37TBS |

## RELATORS' UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL

By and through undersigned counsel, a member of good standing of the Bar of this Court, and pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs-Relators, Willie and Michelle Arnold, respectfully move the Court to voluntarily dismiss their claims without prejudice against the Defendant in the above-captioned action. Counsel for Plaintiff has consulted with counsel for the United States, and is informed that the government agrees to this dismissal by Relators, provided it is without prejudice to the United States.

Dated: October 8, 2015

                                                Respectfully submitted,

                                                /s/ Kevin J. Darken
                                                **Kevin J. Darken, Esq.** (0090956)
                                                kdarken@tampalawfirm.com
                                                THE BARRY A. COHEN LEGAL TEAM
                                                201 E. Kennedy Blvd., Suite 1950
                                                Tampa, FL 33602
                                                Phone (813) 225-1655

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 8, 2015, a true and correct copy of the foregoing Notice of Filing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel.

/s/ Kevin J. Darken

Kevin J. Darken, Esq.