# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA** *ex rel.*
**WILLIE ARNOLD and MICHELLE ARNOLD,**

      **Plaintiffs,**

**v.**                                                    **Case No:   6:14-cv-1064-Orl-31GJK**

**HEALOGICS, INC.,**

      **Defendant.**

## ORDER

This matter comes before the Court without a hearing on the Unopposed Motion to Dismiss (Doc. 34) filed by the Plaintiffs in this *qui tam* action.   The United States has also consented to this dismissal, so long as it is without prejudice.   Accordingly, it is hereby

**ORDERED** that the motion is **GRANTED**, and this case is **DISMISSED WITHOUT PREJUDICE**.   The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 13, 2015.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party